**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| In re: ) | |
| ) | Case No.: 20-41042-399 |
| ROSS, RICHARD GLENNON ) | Chapter 7 -- Liquidation |
| ROSS, JOAN AUDRY ) | |
| ) | |
| debtor(s) ) | |

## TRUSTEE'S REPORT OF NO DISTRIBUTION- AD HOC NO FUNDS

    I, Fredrich J. Cruse, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law except for the Swango, et al. V. Innovative Energy, et al. law suit.  Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee.

Dated:July 29, 2020

*/S/Fredrich J. Cruse*
Fredrich J. Cruse     ED # 23480MO
Attorney at Law        WD/MO Bar # 23480
718 Broadway
P. O. Box 914
Hannibal, Missouri 63401
Telephone:  (573) 221-8333
Fax: (573) 221-1448
Email: trustee@cruselaw.com